UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:22-cv-62219-WPD

JAMIL HINDI, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MODANI FORT LAUDERDALE, LLC,

    Defendant.

### ORDER DENYING AS MOOT MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendant's Partial Motion to Dismiss, filed December 30, 2022 [DE 10]. On January 11, 2023, Plaintiff filed a First Amended Class Action Complaint [DE 12] and, therefore, Defendant's Partial Motion to Dismiss [DE 10] is now moot.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Partial Motion to Dismiss [DE 10] is hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of January, 2023.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record