**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**Case No. 0:22-cv-62219-WPD**

JAMIL HINDI, individually and on behalf of all others similarly situated,

        Plaintiff,

  v.

MODANI FORT LAUDERDALE, LLC,

        Defendant.

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff Jamil Hindi and Defendant Modani Fort Lauderdale, LLC notify the Court that they have resolved this matter on an individual, non-class basis. *See* L.R. 16.4. The parties are now in the process of finalizing the terms of the settlement and memorializing the same. They accordingly request that the Court vacate all pending deadlines and allow the parties sixty (60) days to file a stipulation of dismissal with prejudice.

    Respectfully submitted this 12th day of January 2023.

        **KABAT CHAPMAN & OZMER LLP**

        /s/ *Matthew A. Keilson*
        Ryan D. Watstein (Fla. Bar No. 93945)
        Matthew A. Keilson (Fla. Bar No. 1002294)
        171 17th Street NW, Suite 1550
        Atlanta, Georgia 30363
        Tel: (404) 400-7300
        Fax: (404) 400-7333
        rwatstein@kcozlaw.com
        mkeilson@kcozlaw.com

        *Counsel Defendant*

        and

        **HIRALDO P.A.**

        /*s/ Manuel S. Hiraldo*
        Manuel S. Hiraldo, Esq.
        Florida Bar No. 030380

                401 E. Las Olas Boulevard
                Suite 1400
                Ft. Lauderdale, Florida 33301
                Email: mhiraldo@hiraldolaw.com
                Telephone: 954.400.4713

                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that today, I filed a copy of the foregoing with the Clerk of Court via the Court's electronic filing system, which will send notice of electronic filing to all counsel of record.

                /s/ *Matthew A. Keilson*

                Matthew A. Keilson
                Fla. Bar No. 1002294