UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-62219-WPD

JAMIL HINDI, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

MODANI FORT LAUDERDALE, LLC,

    Defendant.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal With Prejudice [DE 16], filed herein on January 23, 2023. The Court has reviewed the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Joint Stipulation [DE 16] is **APPROVED**.

2. All claims by Plaintiff individually are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed. All claims of the putative class are **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of January, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record